UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Ohio_____

United States of America      )     Criminal No.  5:07CR517

             )

        vs.            )     Judge Christopher A. Boyko

             )

Ronald Baker,          )

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon the United States Attorney for the ___Northern_____ District of __Ohio_____

hereby dismisses the _____indictment_____ against

                    (indictment, information, complaint)

__Ronald Baker____ defendant.

*William J. Edwards* (signature)

_____

William J. Edwards

Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

*Christopher A. Boyko* (signature)

_____

Christopher A. Boyko

United States District Judge

Date:

**FILED**

MAY - 6 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

FORM OBD-113
DEC. 82